# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1839

_____

James E. Greer

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: February 3, 2017
Filed: February 8, 2017
[Unpublished]

_____

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

James E. Greer appeals the order of the district court[1] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law judge. Upon de novo review, see <u>Lott v. Colvin</u>, 772 F.3d 546, 548-49 (8th Cir. 2014), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).